Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICO FRANCISCO FRANCISCO, Petitioner, v. JULIO HERNANDEZ, *et al.*,[1] Respondents. | Case No. 2:26-cv-00890-MLP<br><br>STIPULATED MOTION FOR EXTENSION OF DEADLINES FOR EAJA BRIEFING<br><br>Note on Motion Calendar: July 29, 2026 |

For good cause, Petitioner and Federal Respondents, by and through their counsel of record, jointly stipulate and move to extend Federal Respondents' deadline to file a response to Petitioners' Motion for Attorneys' Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Dkt. 15) until 60 days after the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223. The parties also agree that Petitioners will file their reply, if needed, 10 days after Federal Respondents file their response.

This Court granted Petitioners' habeas petition in part and entered judgment on April 2, 2026. *See* Dkts. 10 & 11. Pursuant to a stipulated order to extend the EAJA filing deadline

[1] Respondent Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

pursuant to 28 U.S.C. § 2412(d)(1)(B), Petitioners filed the Motion for Attorneys' Fees on July 15, 2026, with a noting date of August 5, 2026. Dkt. 15. Pursuant to Local Rule 7(d)(3), Federal Respondents' deadline to respond to the Motion is July 30, 2026.

The EAJA provides that a party who prevails against the government "in any civil action (other than cases sounding in tort)" may seek an award of fees and costs. 28 U.S.C. § 2412(d)(1)(A)–(B). On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios*, on the issue of whether the phrase "any civil action" in the EAJA encompasses an action seeking a writ of habeas corpus to challenge civil immigration detention. The parties have conferred and agree that extending the Motion's briefing deadlines until after the Supreme Court decides *Montoya Palacios* would promote judicial efficiency and conserve judicial resources. Accordingly, the parties respectfully request that the Court extend the deadline for Federal Respondents' response to the Motion from July 30, 2026, until 60 days after the Supreme Court issues its decision in *Montoya Palacios*.

Respectfully submitted this 29th day of July, 2026.

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: (253) 428-3824
Fax: (253) 428-3826
Email: michelle.lambert@usdoj.gov

*Attorney for Federal Respondents*

*I certify that this motion contains 295 words, in compliance with the Local Civil Rules.*

s/ *Leila Kang*
LEILA KANG, WSBA No. 48048
Northwest Immigration Rights Project
615 Second Avenue, Suite 400
Seattle, Washington 98104
Phone: 206-816-3847
leila@nwirp.org

*Counsel for Petitioners*

**The parties having stipulated and agreed, IT IS SO ORDERED.**

DATED this 29th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800